# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| April Silliman,<br><br>        Plaintiff,<br><br>v.<br><br>Pennsylvania Higher Education Assistance Agency, et al.,<br><br>        Defendants. | NO. CV-19-00337-TUC-JGZ<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed December 9, 2019, Plaintiff to take nothing, and the complaint and action are dismissed with prejudice.

                                              Brian D. Karth
                                              District Court Executive/Clerk of Court

December 9, 2019

                                              s/ Clara Ortiz
                                  By   Deputy Clerk